# UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF NEW YORK

In re:  JAMES CHESBROUGH                                                                                          Case No.:  08-62560
      FRANCESCA CHESBROUGH
      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Mark W. Swimelar, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  10/22/2008.
2) The plan was confirmed on  01/22/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was converted on  08/30/2010.
6) Number of months from filing or conversion to last payment:  18.
7) Number of months case was pending:  23.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  19,116.03.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All Checks distributed by the trustee relating to this case have not cleared the bank.

**Receipts:**
|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor: | $5,929.00 |  |
| Less amount refunded to debtor: | $.00 |  |
| **NET RECEIPTS:** |  | $5,929.00 |

**Expenses of Administration:**
|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $800.00 |  |
| Court Costs: | $.00 |  |
| Trustee Expenses and Compensation: | $530.13 |  |
| Other: | $.00 |  |
| **TOTAL EXPENSES OF ADMINISTRATION:** |  | $1,330.13 |

Attorney fees paid and disclosed by debtor:   $2,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMAZON.COM | Unsecured | 6,000.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | 1,900.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | Unsecured | 2,665.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS CENTURION BANK | Unsecured | 2,500.00 | 2,836.36 | 2,836.36 | 104.80 | .00 |
| CAPITAL ONE BANK | Unsecured | 4,000.00 | NA | NA | .00 | .00 |
| COUNTRYWIDE FUNDING CORP | Secured | 58,300.79 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 7,000.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 950.00 | 931.91 | 931.91 | 34.43 | .00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 3,744.00 | 3,744.91 | 3,744.91 | 138.37 | .00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 3,200.00 | 3,577.08 | 3,577.08 | 132.14 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 500.00 | 466.55 | 466.55 | 17.24 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 4,783.00 | 4,798.20 | 4,798.20 | 177.28 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 7,400.00 | 7,323.47 | 7,323.47 | 270.59 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: JAMES CHESBROUGH  
      FRANCESCA CHESBROUGH  
      Debtor(s)

Case No.: 08-62560

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP | Unsecured | 2,893.00 | 2,893.07 | 2,893.07 | 106.89 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | 3,500.00 | 4,279.31 | 4,279.31 | 158.11 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,740.00 | 2,077.01 | 2,077.01 | 76.74 | .00 |
| FREEDOM MORTGAGE CORP | Secured | 52,583.18 | NA | NA | .00 | .00 |
| HSBC | Unsecured | 9,000.00 | 9,060.26 | 9,060.26 | 334.76 | .00 |
| NORTH FRANKLIN FCU | Secured | 9,208.02 | 8,712.44 | 8,712.44 | .00 | .00 |
| NORTH FRANKLIN FCU | Secured | 15,095.81 | 14,873.16 | 14,873.16 | .00 | .00 |
| NORTH FRANKLIN FCU | Unsecured | 19,223.28 | 18,875.63 | 18,875.63 | 697.42 | .00 |
| NYS TAX COMMISSIONER | Secured | NA | 140.01 | 140.01 | 140.01 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 3,500.00 | 4,277.34 | 4,277.34 | 158.04 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 365.00 | 403.51 | 403.51 | 14.91 | .00 |
| PRA RECEIVABLES MANAGEMENT LLC | Unsecured | 8,021.00 | 8,021.65 | 8,021.65 | 296.39 | .00 |
| RECOVERY MANAGEMENT SYSTEMS C | Unsecured | 205.00 | 192.57 | 192.57 | 7.12 | .00 |
| RESURGENT CAPITAL | Unsecured | 1,500.00 | 1,816.17 | 1,816.17 | 67.11 | .00 |
| RESURGENT CAPITAL | Unsecured | 600.00 | 720.25 | 720.25 | 26.61 | .00 |
| RESURGENT CAPITAL | Unsecured | 4,300.00 | 4,442.68 | 4,442.68 | 164.15 | .00 |
| RESURGENT CAPITAL | Unsecured | 10,400.00 | 10,772.43 | 10,772.43 | 398.02 | .00 |
| ROUNDUP FUNDING LLC | Unsecured | 4,628.00 | 4,628.77 | 4,628.77 | 171.03 | .00 |
| ROUNDUP FUNDING LLC | Unsecured | 11,591.00 | 11,591.46 | 11,591.46 | 428.28 | .00 |
| ROUNDUP FUNDING LLC | Unsecured | 2,681.00 | 2,771.69 | 2,771.69 | 102.41 | .00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,100.00 | 1,468.47 | 1,468.47 | 54.26 | .00 |
| ROUNDUP FUNDING LLC | Unsecured | 312.00 | 323.74 | 323.74 | 11.96 | .00 |
| ROUNDUP FUNDING LLC | Unsecured | NA | 713.26 | 713.26 | 26.36 | .00 |
| VERMONT STUDENT ASSISTANCE COR | Unsecured | NA | 7,671.35 | 7,671.35 | 283.44 | .00 |
| WASHINGTON MUTUAL | Unsecured | 4,400.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: JAMES CHESBROUGH  
      FRANCESCA CHESBROUGH  
      Debtor(s)

Case No.: 08-62560

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WORLD FINANCIAL NETWORK NATL BA | Unsecured | 220.00 | 671.67 | .00 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 23,585.60 | .00 | .00 |
| All Other Secured: | 140.01 | 140.01 | .00 |
| **TOTAL SECURED:** | 23,725.61 | 140.01 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 120,679.10 | 4,458.86 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $1,330.13 |
| Disbursements to Creditors: | $4,598.87 |
| **TOTAL DISBURSEMENTS:** | $5,929.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 09/03/2010     By: /s/Mark W. Swimelar  
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.